# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **JARVIS AUGUSTUS WARE,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | |
| | : | **CIVIL No: 5:26-CV-00127-CAR-AGH** |
| **Warden MICHAEL THOMAS,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## ORDER

*Pro se* Plaintiff Jarvis Augustus Ware, a prisoner at Wilcox State Prison in Abbeville, Georgia, has filed a complaint seeking relief pursuant to 42 U.S.C. § 1983. ECF No. 1. Plaintiff complains about legionella bacteria in the water at Wilcox State Prison. *Id.* A review of the Court's records reveals that Plaintiff filed a prior civil action with the same allegations raised against the same Defendants. *See Ware v. Thomas,* 5:26-cv-00119-CAR-AGH. In that civil action, Plaintiff was ordered on March 31, 2026 to file a signed complaint. *See id.* The complaint in the present civil action appears to be in response to that order.

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of another active case. *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative … if the parties, issues, and available relief do not significantly differ between the two actions." *IA. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). Because the claims and allegations in the present

civil action are identical to those raised in a prior pending civil action, the present action is **DISMISSED** as duplicative. Plaintiff cannot file any other pleadings under this civil action number 5:26-cv-00127-CAR-AGH because this case is now closed. All future pleadings and motions as to Plaintiff's claims arising from his allegations about legionella at Wilcox State Prison must be filed in *Ware v. Thomas,* 5:26-cv-00119-CAR-AGH and Plaintiff must show that case number on all documents submitted regarding those claims.

The Clerk is **DIRECTED** to docket the complaint (ECF No. 1) and Plaintiff's motions (ECF Nos. 2 and 3) from *Ware v. Thomas,* 5:26-cv-00127-CAR-AGH into *Ware v. Thomas,* 5:26-cv-00119-CAR-AGH so that they may be considered in that civil action.

**SO ORDERED**, this 20th day of April, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

2