IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JARVIS AUGUSTUS WARE,                         *

            Plaintiff,                    *

v.                                                                      Case No. 5:26-cv-00127-CAR-AGH

                                      *

WARDEN MICHAEL THOMAS,

                                      *

            Defendants.

                                      *

**J U D G M E N T**

Pursuant to this Court's Order dated April 20, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 20th day of April, 2026.

                              David W. Bunt, Clerk


                              s/ Raven K. Alston, Deputy Clerk